```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

RAUL VICTOR BAGNI NATERA,

      Petitioner,

   v.                                    Case No. 2:26-cv-00455-JES-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER, et
al.,

      Respondents,

_____

**OPINION AND ORDER**

On February 18, 2026, Petitioner Raul Victor Bagni Natera filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The petition argued, among other things, that Natera was entitled to a merit-based bond hearing under 8 U.S.C. § 1226. As relief, Natera sought immediate release from custody or, alternatively, a § 1226 bond hearing. (Doc. 1 at 6). For the following reasons, the petition must be dismissed for lack of subject matter jurisdiction.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. The Court will not issue advisory opinions and does not keep cases on the docket when the underlying dispute has evaporated. See Al Najjar v. Ashcroft, 273 F.3d 1330, 1335 (11th Cir. 2001). After Natera filed his petition, an immigration judge granted him a conditional $5000 bond under 8

U.S.C. § 1226. (Doc. 14-1). Therefore, Respondent argues, "the instant petition [is] moot as Petitioner has received a bond hearing under the proper statutory scheme." (Doc. 14 at 1-2). The Court agrees.

When Natera filed his petition, his grievance was that he was detained with no mechanism for release. (Doc. 1 at 20.) Now, he has had a bond hearing, and presumably, he is no longer detained. Thus, the challenge to his initial, physical detention is moot, and the Court lacks subject matter jurisdiction to consider it.

Accordingly, it is **ORDERED**:

1. Raul Victor Bagni Natera's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as moot.

2. The Warden's Motion for Extension of Time (Doc. 17) is **DENIED** as moot.

2. The Clerk is **DIRECTED** to terminate any pending motions, close this action and enter judgment accordingly.

**DONE AND ORDERED** in Fort Myers, Florida on March 12, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE